UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 10/2/18                    TIME: 10:39 - 11:09

CRIMINAL CAUSE FOR: Status Conference

DOCKET: CR18-00123-04

DEFENDANT: Reginald Shabazz-Muhammad- b    ATTORNEY: Donald duBoulay, Esq.

ASSISTANT U.S. ATTORNEY: Lindsay Gerdes & Andrey Spector

COURT REPORTER: David Roy

PROBATION OFFICER:                    INTERPRETER:

PRETRIAL OFFICERS:                    DEPUTY: **V. Holley**

Conference held.
Court determines it necessary for Δ to re-enter g/p as to Count 2.
Δ sworn + advised of rights
Guilty Plea accepted by the Court.