UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** vs. **REGINALD SHABAZZ-MUHAMMAD,** Defendant. | NOTICE OF APPEARANCE<br><br>Index No. 18-CR-123 (CBA) |

To: The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this Court and I appear in this case as counsel for: REGINALD SHABAZZ-MUHAMMAD.

Dated: New York, New York
January 15, 2019

Respectfully submitted,

/s/ Abraham Rubert-Schewel
Abraham Rubert-Schewel
Lord & Schewel PLLC
233 Broadway, Suite 2220
New York, NY 10279
W: 212-964-0280

Served via ECF on:
All Parties of Record